THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN ROGERS, Appellant.

*People* v. *Rogers*, 112 App. Div. 921, affirmed.
(Argued June 14, 1906; decided October 2, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1906, affirming a judgment of the Kings County Court entered upon a verdict convicting the defendant of the crime of attempted grand larceny in the second degree.

*George W. Martin* for appellant.

*John F. Clarke, District Attorney* (*Peter P. Smith* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.